```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

KENNETH W. DIXON,              )
                               )
            Plaintiff,         )           4:05CV3063
                               )
      v.                       )
                               )
NEWSTAR LOGISTICS and          )           ORDER
SOHANDEEP S. MONJAL,           )
                               )
            Defendants.        )
                               )
```

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED:

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 20th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge