IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH W. DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3063 |
| | ) | |
| v. | ) | |
| | ) | |
| NEWSTAR LOGISTICS, and | ) | ORDER |
| SOHANDEEP S. MONJAL, | ) | |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 9 be stricken from the record for the following reason(s):

- Duplicate document of number 5.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 9 from the record.

DATED this 20th day of April, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge