IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH W. DIXON, | Case No. 4:05CV3063 |
| Plaintiff, | |
| vs. | ORDER |
| NEWSTAR LOGISTICS and SOHANDEEP S. MONJAL, | |
| Defendants | |

THIS MATTER came before the court on the joint oral motion to continue the planning conference set for August 4, 2005. Appearing telephonically were Kile Johnson and Stephen Gealy. After reviewing the status of the case, by the agreement of the parties and in the interest of justice,

**IT IS ORDERED:**

1. The joint oral motion of the parties is granted.

2. The Rule 16 planning conference is continued to **December 5, 2005 at 11:00 A.M.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 20th day of July 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge