IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH W. DIXON,           )<br>                             )<br>        Plaintiff,           )<br>                             )<br>    vs.                      )<br>                             )<br>NEW STAR LOGISTICS, INC., et al.,  )<br>                             )<br>        Defendant.           ) | Case No. 4:05CV3063<br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by Stephen S. Gealy, counsel for defendant, by his letter of February 2, 2006,

**IT IS ORDERED:**

1. On or before **March 6, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Richard G. Kopf, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for February 13, 2006, is cancelled upon the representation that this case is settled.

Dated this 3rd day of February 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge